**Wayne E. GILLESPIE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102999

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: May 17, 2016

FOR APPELLANT: Margaret M. Johnston, Missouri Public Defender's Office, Woodrail Centre, 1000 West Nifong, Building 7 Suite 100, Columbia, Missouri 65203.

FOR RESPONDENT: Rachel S. Flaster, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

**PER CURIAM.**

Wayne E. Gillespie appeals from the motion court's judgment denying his Rule 29.15 motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2015).